# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAYSAM KENT SMITH, | ) | 1:10cv0373 OWW DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING COLLECTION OF INMATE FILING FEE |
| | ) | |
| v. | ) | |
| | ) | |
| AMTRAK RAILWAYS, U.S.A., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Kaysam Kent Smith ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Taft Correctional Institute is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Warden of Taft Correctional Institute, or his designee, shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court

|   |   |   |
|---|---|---|
| 1 |   | each time the amount in the account exceeds $10.00, in accordance with 28 |
| 2 |   | U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and |
| 3 |   | forwarded to the Clerk of the Court.  The payments shall be clearly |
| 4 |   | identified by the name and number assigned to this action, and forwarded |
| 5 |   | to the Clerk of the Court, U.S. District Court, Financial Department, 501 |
| 6 |   | "I" Street, Suite 4-200, Sacramento, California, 95814. |
| 7 | 2 | The Clerk of the Court is directed to serve a copy of this order and a copy |
| 8 |   | of Plaintiff's signed in forma pauperis affidavit on the Warden of Taft |
| 9 |   | Correctional Institute, P.O. Box 7000, Taft, California, 93268. |
| 10 | 3. | The Clerk of the Court is directed to serve a copy of this order on the |
| 11 |   | Clerk of the Court, U.S. District Court, Financial Department, 501 "I" |
| 12 |   | Street, Suite 4-200, Sacramento, California, 95814. |

IT IS SO ORDERED.

**Dated:**   **March 4, 2010**                    **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE